UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIQIANG WEI, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 18-cv-10902-IT |
| | * |
| MARTIN KARPLUS, et al., | * |
| | * |
| Defendants. | * |

ORDER

February 13, 2019

TALWANI, D.J.

In its January 2, 2019 Memorandum and Order [#5], the court found that the complaint filed by *pro se* plaintiff Liqiang Wei failed to state a claim upon which relief may be granted. The court ordered Wei to file an amended complaint within thirty-five days of the date of the order, and the court warned Wei that failure to comply with the order within thirty-five days would result in dismissal of the action.

The deadline for complying with the order has passed without any response from Wei. Accordingly, for the reasons set forth in the court's January 2, 2019 Memorandum and Order [#5], this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

                                                  /s/ Indira Talwani
                                                  United States District Judge

February 13, 2019